IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,           :

    Plaintiff,                              :

    v.                                            :        Court No. Y-97-3774

ROSALYNE CHATMAN,                   :

    Defendant.                            :

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __4__ day of __December__, 2007, a copy of the foregoing was delivered by first class mail to:

ROSALYNE CHATMAN
1131 University Blvd., Apt 1416
Silver Spring, MD 20902

_____
Thomas F. Corcoran
Assistant United States Attorney